No. 93–7117.  GREATHOUSE v. UNITED STATES;
No. 93–7120.  WILLIAMS v. UNITED STATES;
No. 93–7145.  GREATHOUSE v. UNITED STATES; and
No. 93–7146.  GREATHOUSE v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 93–7174.  DUNN v. UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 93–7175.  KONG YIN CHU v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 93–7264.  HOSKINS v. CALIFORNIA. Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 93–7292.  GHOLSTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7362.  MCCOMBS v. NORRIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7381.  ABANATHA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7403.  BUSBY v. NEW JERSEY. Super. Ct. N. J., App. Div.  Certiorari denied.

No. 93–7412.  LEE v. UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 93–7421.  BAKER v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir.  Certiorari denied.

No. 93–7459.  GROOMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7479.  SHOCKEY v. BADGER COAL CO. ET AL. C. A. 4th Cir.  Certiorari denied.

No. 93–7503.  TORRES RIVERA v. UNITED STATES. C. A. 1st Cir.  Certiorari denied.

No. 93–7549.  CASIO v. CALIFORNIA; and
No. 93–8010.  KING v. CALIFORNIA. Ct. App. Cal., 2d App. Dist.  Certiorari denied.